IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.                          Civ. No. 12-650 JAP/ACT

**2004 Ford Mustang GT**
**VIN: 1FAFP45X14F100328,**

**1995 BUICK REGAL CUSTOM**
**VIN: 2G4WB52L3S1425143,**

    **Defendants,**

and

**MICHAEL ROY SING,**

    Claimant.

## CASE MANAGEMENT ORDER

**THIS MATTER** comes before the Court sua sponte. The Court has received a letter from attorney Richard Jewkes clarifying his former representation of Michael Roy Sing in a criminal matter 11 CR 2972 BB. [Doc. No. 12].

Richard Jewkes is excused from representing the Claimant Michael Roy Sing in this matter. The Clerk's office is directed to indicate that Mr. Jewkes's representation of the Claimant has been terminated.

    **IT IS SO ORDERED.**

                                             _____
                                             **ALAN C. TORGERSON**
                                             **United States Magistrate Judge**